JEFFREY M. HAMERLING (State Bar No. 91532)
RACHEL E. MATTEO-BOEHM (State Bar No. 195492)
KATHERINE A. KEATING (State Bar No. 217908)
KARI S. GREGORY (State Bar No. 215489)
DLA PIPER RUDNICK GRAY CARY US LLP
333 Market Street, Suite 3200
San Francisco, CA 94105-2150
Telephone: (415) 659-7000
Facsimile: (415) 659-7300

Attorneys for Defendant
OMNIBRANDS, INC.

E. LYNN PERRY (State Bar No. 115165)
ROBERT A. WEIKERT (State Bar No. 121146)
JOHN A. CHATOWSKI (State Bar No. 174471)
MARLENE J. WILLIAMS (State Bar No. 197107)
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Plaintiff
OMNI PACIFIC COMPANY, INC.

*[Court seal: IT IS SO ORDERED, Judge James Ware, United States District Court, Northern District of California]*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| OMNI PACIFIC COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> OMNIBRANDS, INC., <br><br> Defendant. | Case No.   C 04-1445 JW HRL <br><br> **STIPULATION TO EXTEND TIME TO FILE MOTION TO EXCLUDE EXPERT TESTIMONY AND [PROPOSED] ORDER** |

-1-

1  WHEREAS, the Court's Scheduling Order entered on January 11, 2005 requires the
2  following:
3  disclosure of expert witnesses by Plaintiff OMNI PACIFIC COMPANY, INC. ("OMNI
4  PACIFIC") and defendant OMNIBRANDS, INC. ("OMNIBRANDS"), on or before July 14,
5  2005;
6  any motion to exclude an expert or any portion of expert testimony to be scheduled for
7  hearing no later than August 29, 2005;
8  any motion to exclude an expert or any portion of expert testimony, therefore, to be filed
9  on or before July 25, 2005 in order to comply with the requisite 35-day notice to opposing party;
10  disclosure of rebuttal expert witnesses no later than July 28, 2005;
11  all discovery, including supplemental disclosures and depositions of expert witnesses, to be
12  completed by September 21, 2005; and
13  dispositive motions to be heard no later than October 25, 2005; and
14
15  WHEREAS, neither party would have had the opportunity to review rebuttal expert
16  reports, scheduled to be served on July 28, 2005, before filing a motion to exclude an expert or
17  any portion of expert testimony, as such motions were required to be filed on or before July 25,
18  2005;
19  WHEREAS, neither party would have had the opportunity to depose any of the proffered
20  experts before filing a motion to exclude an expert or any portion of expert testimony.  Expert
21  witnesses were designated only 11 days prior to the July 25, 2005 deadline for filing a motion to
22  exclude an expert;
23  WHEREAS, it would be more expedient and productive for OMNI PACIFIC and
24  OMNIBRANDS to prepare and file a motion to exclude an expert or any portion of expert
25  testimony after they have had the opportunity to review rebuttal expert reports and, if necessary,
26  depose expert witnesses; and
27  Plaintiff OMNI PACIFIC and defendant OMNIBRANDS hereby stipulate as follows:
28

-2-

Plaintiff OMNI PACIFIC and defendant OMNIBRANDS hereby request that the Court modify the Scheduling Order such that motions to exclude experts or any portion of expert testimony will be filed no later than September 12, 2005. To allow for the proper notice period and comply with the Court's October 24, 2005 deadline for hearing dispositive motions, motions to exclude an expert or any portion of expert testimony shall be noticed for hearing between (and including) October 17, 2005 and October 24, 2005, in accordance with the Court's calendar.

SO STIPULATED.

Dated: July 26, 2005 [29]   DLA PIPER RUDNICK GRAY CARY US LLP

By: _____
Jeffrey M. Hamerling
Rachel E. Matteo-Boehm
Attorneys for Defendant
OMNIBRANDS, INC.

Dated: July ___, 2005   THELEN REID & PRIEST LLP

By _____
Robert A. Weikert
Attorneys for Plaintiff
OMNI PACIFIC COMPANY, INC.

IT IS SO ORDERED. The parties shall file any motion to exclude all or part of an expert witness's report or testimony on or before September 12, 2005 for a hearing on October 24th, 2005.

Dated: Aug. 2, 2005   By  /s/ James Ware
Hon. James Ware
United States District Court Judge

-3-

Plaintiff OMNI PACIFIC and defendant OMNIBRANDS hereby request that the Court modify the Scheduling Order such that motions to exclude experts or any portion of expert testimony will be filed no later than September 12, 2005. To allow for the proper notice period and comply with the Court's October 24, 2005 deadline for hearing dispositive motions, motions to exclude an expert or any portion of expert testimony shall be noticed for hearing between (and including) October 17, 2005 and October 24, 2005, in accordance with the Court's calendar.

SO STIPULATED.

Dated: July 26, 2005            DLA PIPER RUDNICK GRAY CARY US LLP


                                By: _____
                                    Jeffrey M. Hamerling
                                    Rachel E. Matteo-Boehm
                                    Attorneys for Defendant
                                    OMNIBRANDS, INC.


Dated: July 29, 2005            THELEN REID & PRIEST LLP


                                By _____
                                   Robert A. Weikert
                                   Attorneys for Plaintiff
                                   OMNI PACIFIC COMPANY, INC.


IT IS SO ORDERED. The parties shall file any motion to exclude all or part of an expert witness's report or testimony on or before September 12, 2005 for a hearing on October ____, 2005.

Dated: _____, 2005         By _____
                                   Hon. James Ware
                                   United States District Court Judge

-3-

STIPULATION TO EXTEND TIME TO FILE MOTION TO EXCLUDE EXPERT TESTIMONY;
PROPOSED ORDER
SANF1\322958.1
576800-35