1   JEFFREY M. HAMERLING (State Bar No. 91532)
2   RACHEL E. MATTEO-BOEHM (State Bar No. 195492)
    KATHERINE A. KEATING (State Bar No. 217908)
3   KARI S. GREGORY (State Bar No. 215489)
    DLA PIPER RUDNICK GRAY CARY US LLP
4   333 Market Street, Suite 3200
    San Francisco, CA 94105-2150
5   Telephone: (415) 659-7000
    Facsimile: (415) 659-7300
6
7   Attorneys for Defendant
    OMNIBRANDS, INC.
8
9   E. LYNN PERRY (State Bar No. 115165)
    ROBERT A. WEIKERT (State Bar No. 121146)
    JOHN A. CHATOWSKI (State Bar No. 174471)
10  MARLENE J. WILLIAMS (State Bar No. 197107)
    THELEN REID & PRIEST LLP
11  101 Second Street, Suite 1800
    San Francisco, California  94105
12  Telephone: (415) 371-1200
    Facsimile: (415) 371-1211
13
14  Attorneys for Plaintiff
    OMNI PACIFIC COMPANY, INC.
15
16                  UNITED STATES DISTRICT COURT
17           FOR THE NORTHERN DISTRICT OF CALIFORNIA
18                       SAN JOSE DIVISION
19  OMNI PACIFIC COMPANY, INC.,         Case No.    C 04-1445 JW HRL
20                Plaintiff,            STIPULATION TO CHANGE PRE-TRIAL
                                        CONFERENCE DATE AND [PROPOSED]
21          v.                          ORDER
22  OMNIBRANDS, INC.,
23                Defendant.
24
25
26
27
28

318993                          -1-

1    WHEREAS the Court conducted a case management conference in this case on January

2    10, 2005;

3    WHEREAS the Court's Scheduling Order entered on January 11, 2005 provides that the

4    Preliminary Pretrial and Trial Setting Conference in this case shall be held on November 21, 2005;

5    WHEREAS after the case management conference, Mr. Jeffrey M. Hamerling, lead co-

6    counsel for Defendant OMNIBRANDS, INC. ("OMNIBRANDS"),  learned that his family's

7    closest friend's son would be married  in New York on the evening of November 20, 2005;

8    WHEREAS co-counsel for OMNIBRANDS, INC., Ms. Rachel Matteo-Boehm, will be on

9    maternity leave in November following the birth of her child, due in mid-September;

10    WHEREAS given the unanticipated scheduling conflicts, OMNIBRANDS seeks to move

11    the date of the Preliminary Pretrial and Trial Setting Conference; and

12    WHEREAS counsel for OMNIBRANDS has conferred with counsel for OMNI PACIFIC

13    COMPANY, INC. ("OMNI PACIFIC"), and OMNI PACIFIC counsel would agree to a change in

14    the date of the Preliminary Pretrial and Trial Setting Conference as long as it is held within two

15    weeks of November 21, 2005;  Therefore:

16    Defendant OMNIBRANDS and Plaintiff OMNI PACIFIC hereby stipulate as follows:

17    OMNIBRANDS and OMNIPACIFIC hereby request that the Court modify the Scheduling

18    Order such that the Preliminary Pretrial and Trial Setting Conference is scheduled for a date

19    within two weeks of  November 21, 2005 but no later than December 5, 2005,  depending on the

20    Court's schedule.

21    //

22    //

23

24

25

26

27

28

STIPULATION TO CHANGE PRE-TRIAL CONFERENCE DATE;
PROPOSED ORDER

1  SO STIPULATED.

2

3  Dated: July 26, 2005
              29                        DLA PIPER RUDNICK GRAY CARY US LLP

4
                                        By: _____
5                                            Jeffrey M. Hamerling
                                             Rachel E. Matteo-Boehm
6                                            Attorneys for Defendant
                                             OMNIBRANDS, INC.
7

8

9
   Dated: July ___, 2005                THELEN REID & PRIEST LLP
10

11
                                        By: _____
12                                           Robert A. Weikert
                                             Attorneys for Plaintiff
13                                           OMNI PACIFIC COMPANY, INC.

14
   IT IS SO ORDERED.  The Preliminary Pretrial and Trial Setting Conference in this case shall be
15
   held on _____ _____, 2005 at _____ a.m.
16

17
   Dated: _____, 2005              By: _____
18                                           Hon. James Ware
                                             United States District Court Judge
19

20

21

22

23

24

25

26

27

28

1    SO STIPULATED.

2
     Dated:  July 26, 2005                    DLA PIPER RUDNICK GRAY CARY US LLP
3

4
                                             By: _____
5                                                Jeffrey M. Hamerling
                                                 Rachel E. Matteo-Boehm
6                                                Attorneys for Defendant
                                                 OMNIBRANDS, INC.
7

8

9
     Dated:  July 29, 2005                   THELEN REID & PRIEST LLP
10

11
                                             By: _____
12                                               Robert A. Weikert
                                                 Attorneys for Plaintiff
13                                               OMNI PACIFIC COMPANY, INC.

14
     IT IS SO ORDERED.  The Preliminary Pretrial and Trial Setting Conference in this case shall be
15
     held on MON.DEC. 05.  _____, 2005 at 11:00  a.m.
16

17
     Dated:  Aug. 2  , 2005                   By:  /s/ James Ware
18                                                 Hon. James Ware
                                                   United States District Court Judge
19

20

21

22

23

24

25

26

27

28

     318993                          -3-

     **STIPULATION TO CHANGE PRE-TRIAL CONFERENCE DATE;**
     **PROPOSED ORDER**