JEFFERY M. HAMERLING (SBN: 91532)
jeffrey.hamerling@dlapiper.com
RACHEL E. MATTEO-BOEHM (SBN: 195492)
rachel.matteo-boehm@dlapiper.com
KATHERINE A. KEATING (SBN: 217908)
katherine.keating@dlapiper.com
DLA PIPER RUDNICK GRAY CARY US LLP
333 Market Street, Suite 3200
San Francisco, CA 94105-2150
Telephone: (415) 659-7000
Facsimile: (415) 659-7300

Attorneys for Defendant
OMNIBRANDS, INC.

E. LYNN PERRY (State Bar No. 115165)
lperry@thelenreid.com
ROBERT A. WEIKERT (State Bar No. 121146)
raweikert@thelenreid.com
JOHN A. CHATOWSKI (State Bar No. 174471)
jachatowski@thelenreid.com
MARLENE J. WILLIAMS (State Bar No. 197107)
mjwilliams@thelenreid.com
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Plaintiff
OMNI PACIFIC COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

| | |
|---|---|
| OMNI PACIFIC COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OMNIBRANDS, INC., <br><br> Defendant. | Case No.: C 04-1445 JW HRL <br><br> ORDER OF DISMISSAL PURSUANT TO STIPULATION AND [PROPOSED] ORDER STAYING ALL PROCEEDINGS IN ACTION <br><br> [Declarations of Rachel Matteo-Boehm and Robert A. Weikert submitted together with this stipulation pursuant to L.R. 6-2(a)] |

1  Pursuant to Northern District L.R. 6-2 and 7-12, Plaintiff Omni Pacific Company, Inc.
2  ("Plaintiff") and Defendant OmniBrands, Inc. ("Defendant") stipulate as follows:
3  WHEREAS, on August 25, 2005, the parties entered into a confidential settlement
4  agreement in connection with the above-referenced matter; and
5  WHEREAS, that agreement provides that all proceedings in this lawsuit be stayed for
6  twelve (12) months to allow for the performance of certain conditions precedent to dismissal of
7  this action, after which time the settlement agreement provides for the filing of a stipulation for the
8  dismissal of this action with prejudice;
9  NOW, THEREFORE, the parties hereby submit this stipulation requesting an order
10 staying all proceedings in this case for a period of twelve (12) months. The parties further request
11 that this stay operate to suspend all pending case management deadlines in this case, together with
12 all deadlines imposed by the Federal Rules of Civil Procedure and/or any other applicable rules. In
13 addition, the parties request that the stay operate to suspend the August 31, 2005 deadline for
14 Defendant to produce documents and information pursuant to the Court's August 11, 2005 Order
15 on Plaintiff's Motion to Compel Discovery.

16 Dated: August 25, 2005                     DLA PIPER RUDNICK GRAY CARY US LLP

                                              By _____
                                                 Jeffrey M. Hamerling
                                                 Rachel E. Matteo-Boehm
                                                 Attorneys for Defendant
                                                 OMNIBRANDS, INC.

22 Dated: August 25, 2005                     THELEN REID & PRIEST LLP

                                              By _____
                                                 Robert A. Weikert
                                                 Attorneys for Plaintiff
                                                 OMNI PACIFIC COMPANY, INC.

1  ~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~ All proceedings in this action
2  ~~shall be stayed for a period of twelve (12) months from the date of this Order. The stay shall~~
3  ~~operate to suspend all case management deadlines and all deadlines imposed by the Federal Rules~~
4  ~~of Civil Procedure and/or any other applicable rules. In addition, the stay shall operate to suspend~~
5  ~~the August 31, 2005 deadline for Defendant to produce documents and information pursuant to the~~
6  ~~Court's August 11, 2005 Order on Plaintiff's Motion to Compel Discovery.~~

The case is ordered dismissed, but may be reopened by either party by filing a notice to that effect. The Clerk will close the file for now.

Dated: August 29, 2005  By  /s/James Ware
                                Hon. James Ware
                                United States District Court Judge

---

THELEN REID & PRIEST LLP

SF #995898 v2

-3-

STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS — Case No. C 04-1445 JW HRL